

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00254-CV

**CITY OF SAN ANTONIO** and San Antonio River Authority,
Appellants

v.

Osvaldo **PERALTA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16836
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

On August 12, 2015, Appellants City of San Antonio and San Antonio River Authority filed reply briefs. On August 24, 2015, Appellee Osvaldo Peralta filed an opposed motion for leave to file a sur-reply brief and the sur-reply brief. See Tex. R. App. P. 38.3, 38.7. Appellee's motion for leave to file a sur-reply brief is granted. The sur-reply brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court